Gregory K. ADAMSON, Plaintiff–
Appellant,

v.

LOS ANGELES COUNTY; et
al., Defendants–Appellees.

No. 08–55712.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Dec. 29, 2009.

Gregory K. Adamson, Chino Valley, AZ,
pro se.

Before: GOODWIN, WALLACE, and
CLIFTON, Circuit Judges.

MEMORANDUM **

Gregory K. Adamson, a former inmate
in the Los Angeles County Jail, appeals
pro se from the district court's judgment
dismissing his 42 U.S.C. § 1983 action pur-
suant to 28 U.S.C. § 1915(e)(2) for failure
to state a claim. We have jurisdiction
under 28 U.S.C. § 1291. We review de
novo. *Huftile v. Miccio–Fonseca*, 410
F.3d 1136, 1138 (9th Cir.2005). We affirm
in part, vacate in part, and remand.

The district court properly dismissed
Claims 1–4 and 9–10 of the Second Amend-
ed Complaint because a judgment in
Adamson's favor would necessarily imply
the invalidity of his conviction, and he did
not allege that his conviction has been
invalidated. *See Heck v. Humphrey*, 512
U.S. 477, 486–87, 114 S.Ct. 2364, 129
L.Ed.2d 383 (1994); *Guerrero v. Gates*, 442
F.3d 697, 704–05 (9th Cir.2006) (concluding
that claims implying the invalidity of plain-
tiff's convictions were barred by *Heck* even
though plaintiff was no longer in custody).
However, we vacate the judgment to the
extent it dismissed these claims with prej-
udice, and remand for dismissal without
prejudice. *See Trimble v. City of Santa
Rosa*, 49 F.3d 583, 585 (9th Cir.1995) (per
curiam) (stating that dismissals under
*Heck* are without prejudice).

The district court properly dismissed
Adamson's claims concerning the chest x-
ray in Claims 5 and 7. *See Helling v.
McKinney*, 509 U.S. 25, 36, 113 S.Ct. 2475,
125 L.Ed.2d 22 (1993) (explaining that, to
meet the objective prong of the deliberate
indifference test, an inmate must show
that the risk he complains of is "so grave
that it violates contemporary standards of
decency").

We do not consider issues not argued on
appeal. *See Indep. Towers of Wash. v.
Washington*, 350 F.3d 925, 929 (9th Cir.
2003) (deeming abandoned issues not ar-
gued on appeal).

Adamson's remaining contentions are
unpersuasive.

Adamson shall bear his own costs on
appeal.

**AFFIRMED in part, VACATED in
part, and REMANDED.**

---

\* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2). Accordingly, we
deny Adamson's motion for oral argument.

\*\* This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.